DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

**TO THE MARSHAL OF:**
United States District Court of the Southern District of Florida

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

Eli Weinstein

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $7,500,000.00 | and |

in the United States District Court for the **Southern** District of **Florida**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE UNITED STATES DISTRICT COURT | DISTRICT SOUTHERN DISTRICT OF FLORID |
|---|---|
| CITY MIAM | DATE SEP 0 4 2008 |

Witness the Honorable _____
(United States Judge)

| DATE SEP 0 4 2008 | CLERK OF COURT **Steven M. Larimore** | By _____ Deputy Clerk Date |
| | (BY) DEPUTY CLERK | |

Certified to be a true and correct copy of the document on file Steven M. Larimore, Clerk, U.S District Court Southern District of Florida

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|